**No. 65528.**—The Spiegel Bros. Corporation *v.* United States, protest 60/23516 (New York).

Opinion by LAWRENCE, J. From a review of the record in the case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

**No. 65529.**—Ringler Dorin, Inc., by Rohner Gehrig & Co., Inc. *v.* United States, protest 60/24177 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

**No. 65530.**—Bonwit Teller, Inc. *v.* United States, protest 58/18622 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon knit outerwear similar in use to silk knit outerwear and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

**No. 65531.**—J. J. Boll, for a/c Geo. H. McFadden & Bro., et al. *v.* United States, protests 59/15118, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" and "B" are noncellulosic synthetic yarns, which are excluded from schedule 13 of the tariff act, and following the decision in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

**No. 65532.**—Morris Shoenthal, Inc. *v.* United States, protest 328085-K (New York).

FORD, Judge: When this case was called for trial, counsel for plaintiff submitted this matter on the official papers.

An examination of the official papers fails to disclose any evidence which would overcome the presumption of correctness attaching to the classification of the collector. *Atlantic Aluminum & Metal Distributors, Inc.* v. *United States*, 47 C.C.P.A. (Customs) 88, C.A.D. 735.

Accordingly, the protest is overruled.

Judgment will be entered accordingly.